

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

August 26, 1960

Honorable William J. Gillespie
County Attorney
Lubbock County
Lubbock, Texas

Opinion No. WW-916

Re: May a business that temporarily
furnishes trailers to its farm
customers for hauling a tank
and poison apparatus claim an
exemption from registering such
trailer under Art. 6675A-2,
V.A.T.S.?

Dear Mr. Gillespie:

We quote your letter of May 21, 1960, to the Attorney General
in part as follows:

"During certain periods of the growing season here on
the plains, a major portion of the agricultural business
is the selling of poisons to farms. . . . These businesses
furnish the trailer on which the apparatus is hauled.
In most cases, the trailer is used only to haul. All
of the businesses who furnish trailers . . .are claiming
an exemption from registration under Article 6675A-2,
Vernon's Annotated Texas Statutes. They claim an
exemption under the above cited article as farm trailers.

"Question: May a business that temporarily furnishes
trailers to its farm customers for hauling a tank and
poison spraying apparatus claim an exemption from regis-
tering such trailer under Article 6675A-2, V.A.T.S.?"

Article 6675A-2, V.A.T.S. is the Texas Registration law requir-
ing the owner of a motor vehicle, trailer or semi-trailer used or to be
used on the public highways of this State to register such vehicle.
This law excepts "owners of farm tractors, farm trailers, farm semi-
trailers, implements of husbandry and machinery . . .operated or moved
temporarily upon the highways . . . and providing further that the exemp-
tion in this section shall not apply to any farm trailer or farm semi-
trailer when the same is used for hire . . ." (Emphasis added.)

Article 6675A-2 (q) states:

By "operated or moved temporarily upon the highways is
meant the operation or conveying between different
farms, and the operation or conveyance from the owner's
farm to the place where his farm produce is prepared

for market or where same is actually marketed and
return." (Emphasis added.)

Here the trailers are not owned by farmers, but by people or
firms who sell to farmers. Subsection (q) quoted just above, applies
to trailers owned by farmers.

Since the business firm temporarily furnishing the trailers
cannot conform to the requirements set out in definition (q) of Article
6675A-1, as to what constitutes a trailer "operated or moved temporarily
upon the highways" (Article 6675A-2), these trailers cannot come under the
exemptions contained in Article 6675A-2 and must be registered as said
Article requires.

## SUMMARY

A business that temporarily furnishes trailers to its
farm customers for hauling a tank and poison apparatus
cannot claim an exemption from registering such trailer
under Article 6675A-2, V.A.T.S.

Very truly yours,

WILL WILSON
Attorney General of Texas

By John C. Phillips
Assistant

JCP:bg

APPROVED:

OPINION COMMITTEE
W. V Geppert, Chairman

James M. Farris
William T. Blackburn
Virgil Pulliam
Martha Jo Stroud

REVIEWED FOR THE ATTORNEY GENERAL
BY: Leonard Passmore